UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil File No.: 07-cv-02013-WYD-MJW

MICHELLE ESTRADA,

    Plaintiff,

v.

FIRST TRANSIT, INC., FIRST TRANSIT TRANSPORTATION LLC,
WILLIAM HYCHE, JACQUELYNE PEREZ

    Defendants.

---

## ORDER ON JOINT STIPULATED MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER OR RESPONSIVE PLEADINGS

---

This matter comes before the Court on the parties' "Joint Stipulated Motion for Extension of Time to File An Answer or Responsive Pleadings." The Court having reviewed the motion and having found good cause shown, does hereby GRANT the motion. The parties shall have through and including December 29, 2007 to file an Answer and/or any Responsive Pleadings.

Dated this 4th day of ~~November~~ December, 2007.

BY THE COURT:

MICHAEL J. WATANABE,
United States Magistrate Judge

#807212.1