IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02013-WYD-MJW

MICHELLE ESTRADA,

Plaintiff,

v.

FIRST TRANSIT, INC.,

Defendant.

## MINUTE ORDER

Entered by Michael J. Watanabe

    It is hereby ORDERED that the Stipulated Motion to Amend Complaint (Docket No. 26) is GRANTED, and the tendered Amended Complaint (Docket No. 27) is accepted for filing as of the date of this Minute Order.

Dated: December 14, 2007