# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 07-cv-02013-WYD-KMT | FTR |
| **Date:** January 10, 2008 | Shelley Moore, Deputy Clerk |
| MICHELLE ESTRADA, | Aimee M. Bove |
| | Robert J. Leonard |
| Plaintiff(s), | |
| v. | |
| FIRST TRANSIT, INC., et al., | Michael A. Freimann |
| | Tessa Alexander |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**TELEPHONIC MOTION HEARING**

**Court in Session 8:32 a.m.**

Court calls case. Appearances of counsel.

8:33 a.m.   Mr. Leonard presents argument on Plaintiff's Motion to Amend Scheduling Order (document 34). He states that Plaintiff has not received some documents necessary for conducting upcoming depositions.

8:37 a.m.   Mr. Freimann makes responsive remarks.

**ORDERED:**   Plaintiff's Motion to Amend Scheduling Order (document 34) is DENIED.

Counsel are informed that Magistrate Judge Tafoya has now been assigned to this case, and Magistrate Judge Watanabe will no longer handling this matter. The case number shall now be identified as 07-cv-02013-WYD-KMT.

**ORDERED:**   Counsel are instructed to contact Magistrate Judge Tafoya's chambers (303-335-2780) to determine if she will keep the status conference hearing date of January 22, 2008, at 9:00 a.m.

**Court in recess 8:45 a.m.**
Total In-Court Time 0:13, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.