IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02013-WYD-KMT

MICHELLE ESTRADA,

    Plaintiff,

v.

FIRST TRANSIT, INC. and WILLIAM HYCHE,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's Motion to Withdraw Motion to Dismiss Parties and Claims (filed January 25, 2008) is **GRANTED**. The Stipulated Motion to Dismiss Parties and Claims (docket # 25 filed December 13, 2007) is **WITHDRAWN AS MOOT**.

    Dated: January 25, 2008