IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-02013-WYD-KMT

MICHELLE ESTRADA,

    Plaintiff,

v.

FIRST TRANSIT, INC., and
WILLIAM HYCHE,

    Defendants.

## ORDER

This matter is before the court on an "Unopposed Motion to Withdraw as Counsel of Record" filed by Michael A. Friemann of Littler Mendelson, P.C. [Doc. No. 68, filed May 20, 2008].

Being otherwise fully advised, it is hereby ORDERED that the motion [Doc. No. 68] is GRANTED. Attorney Friemann is relieved of any further representation of Defendant First Transit, Inc. in the above captioned matter. The Clerk of Court is instructed to remove Mr. Friemann from the electronic certificate of mailing.

Dated this 22nd day of May, 2008.

                                    BY THE COURT

                                    s/Kathleen M. Tafoya
                                    KATHLEEN M. TAFOYA
                                    United States Magistrate Judge