IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-02013-WYD-KMT

MICHELLE ESTRADA,

    Plaintiff,

v.

FIRST TRANSIT, INC., and
WILLIAM HYCHE,

    Defendants.

---

# **ORDER**

---

This matter is before the court concerning the Court's July 14, 2008 Order granting "Plaintiff's Motion to Quash Subpoena and for Protective Order (Doc. No. 65)." [Order, Doc. No. 81] The court erroneously stated, "No response or objection was filed by the defendants," and the court did not consider any responses or replies. In fact, the Defendants did file a Response [Doc. No. 71] and the Plaintiff filed a Reply [Doc. No. 74]. Since these documents were not considered by the Court, it is hereby

ORDERED that the Court's Order, Doc. No. 81, is withdrawn. Plaintiff's Motion to Quash Subpoena and for Protective Order [Doc. No. 65] shall be reinstated as an active motion and shall be properly linked in the court's CM/ECF motions system to Doc. Nos. 71 and 74.

Dated this 15th day of July, 2008.

BY THE COURT:

s/ Kathleen M. Tafoya
KATHLEEN M. TAFOYA
United States Magistrate Judge