**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| Civil Action No.  07-cv-02013-WYD-KMT | FTR |
| Date:  August 13, 2008 | Debra Brown, Deputy Clerk |
| MICHELLE ESTRADA, | Aimee Marie Bove |
| | Robert J. Leonard |
| Plaintiff, | |
| v. | |
| FIRST TRANSIT, et al. | Tessa Alexander |
| | Todd McNamara |
| Defendant. | Margaret Hogan |
| | Erin Webber |

**COURTROOM MINUTES / MINUTE ORDER**

**FINAL PRETRIAL CONFERENCE**

**Court in session: 9:58 a.m.**

Court calls case.  Appearances of counsel.

Discussion by the Court regarding [63] First MOTION to Compel Discovery by Plaintiff.

**ORDERED:**     [63] First MOTION to Compel Discovery by Plaintiff is **DENIED as moot.**

**ORDERED:**     The Final Pretrial Order is approved and shall be filed as amended on the record.

**ORDERED:**     A **Settlement Conference** is set for **September 03, 2008 at 3:00 p.m. in Courtroom A-601.**   (See www.cod.uscourts.gov for more information.)  **Updated** Confidential settlement statements are due to Magistrate Judge Tafoya (and not to the trial judge) via e-mail, as a PDF attachment, at Tafoya_Chambers@cod.uscourts.gov, by five (5) business days prior to the Settlement Conference.  In the subject line of the e-mail, counsel shall list the case number, short caption, and "confidential settlement statement."  All attorneys, parties and/or representatives with full settlement authority shall be present at the settlement conference.  Valid photo identification is required to enter the courthouse. The parties may request a further settlement conference by motion.

**Court in Recess: 10:08 a.m.**
Total In-Court Time 010 ; hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.