IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02013-WYD-KMT

MICHELLE ESTRADA,

    Plaintiff,

v.

FIRST TRANSIT, INC. and WILLIAM HYCHE,

    Defendants.

## ORDER

THIS MATTER is before the Court on the Joint Stipulated Motion to Dismiss with Prejudice (filed September 29, 2008). The stipulated motion seeks a dismissal of Plaintiff's claim against Defendant William Hyche only pursuant to a settlement of the claims against Hyche. After a careful review of the stipulated motion and the file, it is

ORDERED that the Joint Stipulated Motion to Dismiss with Prejudice is **GRANTED** and the action against Defendant William Hyche only is **DISMISSED WITH PREJUDICE**, each party to pay their own costs and attorneys' fees. Defendant Hyche will hereafter be taken off the caption. The case remains pending against First Transit, Inc.

    Dated: September 29, 2008

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge