IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-02013-WYD-KMT

MICHELLE ESTRADA,

    Plaintiff,

v.

FIRST TRANSIT, INC.,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Joint Motion to Vacate Trial Preparation Conference is **GRANTED**.  The Final Trial Preparation Conference set for June 2, 2009, at 4:00 and the 5- day jury trial set to commence Monday, June 15, 2009, are **VACATED** due to the fact that the parties indicate that the case has been resolved.  The parties shall file a Stipulation for Dismissal with Prejudice or, if the settlement documents have not yet been finalized, a status report, by **Tuesday, June 30, 2009**.

    Dated:  June 2, 2009