IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  07-cv-02013-WYD-KMT

MICHELLE ESTRADA,

    Plaintiff,

v.

FIRST TRANSIT, INC.,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the Stipulation to Dismiss with Prejudice (filed June 18, 2009).  The parties stipulate therein to a dismissal of the case.  After a careful review of the Stipulation and the file, it is

ORDERED that the Stipulation to Dismiss with Prejudice is **APPROVED** and this case is **DISMISSED WITH PREJUDICE**, each party to pay its own attorneys' fees and costs.

Dated:  June 22, 2009

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Chief United States District Judge